# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155849(76)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN LOVETO CAMERON, JR.,
      Defendant-Appellant.
_____/

SC: 155849
COA: 330876
Washtenaw CC: 13-001315-FH

      On order of the Chief Justice, the motion of defendant-appellant to adjourn the case from the October 2018 session of the Court is GRANTED. The clerk is directed to schedule the case for oral argument at a future session of the Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2018



Clerk